1
2
3    JS 6
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) KRISTIN DAVIS, PARADIGM ) COMMUNITY ASSOCIATION ) MANAGEMENT INC., PARADIGM ) ASSOCIATION MANAGEMENT ) PARK, LLC, THE HARTFORD, BIG ) SKY ASSOCIATION, OAK PARK ) CALABASAS CONDOMINIUM ) ASSOCATION, and DOES 1 through ) 30, inclusive. ) ) Defendants. ) ) _____ ) | Case No.: CV 10-4606 DSF (AJWx) JUDGMENT |

  The Court having previously issued an Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction, plaintiff not having timely responded, and the Court having determined that it lacks subject matter jurisdiction IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover just costs pursuant to 28 U.S.C. § 1919.

1
2
3   Dated: 7/22/10
4
   _____
   Dale S. Fischer
   United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28